**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8267**

FRANK REAVES,

Plaintiff - Appellant,

v.

HELEN FAHEY, et al., Chairman, V.P.B.; JOHN DOE, June 20, 2002, Community Release Manager,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior District Judge. (2:09-cv-00572-HCM-TEM)

Submitted: March 30, 2010      Decided: April 5, 2010

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frank Reaves, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Reaves appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) claim pursuant to 28 U.S.C. § 1915A(b)(1) (2006) for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reaves v. Fahey, No. 2:09-cv-00572-HCM-TEM (E.D. Va. Nov. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED